**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **SETH HOLTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:26-CV-197 (MTT)** |
| | ) | |
| **ISMOIL KHALIFAEV, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Defendants move to compel nonparty, AICA Orthopedics PC, to produce certain documents. ECF 15. However, the Court lacks jurisdiction to consider this motion. Under Federal Rule of Civil Procedure 37(a)(2), which governs motions to compel, "[a] motion for an order to a nonparty must be made in the court where the discovery is or will be taken." *See also* Fed. R. Civ. P. 45(d)(2)(B)(i) (Where there are objections to a subpoena, the serving party may only "move the court for the district where compliance is required for an order compelling production."); Fed. R. Civ. P. 45(g) (unless a motion is transferred, only "[t]he court for the district where compliance is required" may hold a noncomplying party or nonparty in contempt).

Defendants' subpoenas command the production of the documents to Center City Legal Reproductions at 1315 Walnut Street, Suite 601, Philadelphia, PA 19107, to Defendants' online "CCLR Portal," or by fax. ECF 15-1 at 2, 4. Further, AICA Orthopedics PC is located in Smyrna, Georgia, which is in the Northern District. ECF 15-1 at 2. Accordingly, Defendants' motion to compel (ECF 15) is **DENIED for lack of jurisdiction**.

**SO ORDERED**, this 7th day of October, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT